September 5, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MAX DAVID VOLTMANN, Appellant

NO. 14-12-00590-CR                     V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as signed, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to delete the following: "Deadly Weapon Finding Notice- The jury affirmatively finds that the Defendant used or exhibited a deadly weapon, to-wit: an automobile."

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.